IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| KIM CAMPBELL, | ) |
| Plaintiff, | ) |
| v. | ) Civil No. 3:18-cv-00270 |
| | ) Judge Trauger |
| MARSHALLS-TJX, ET AL., | ) |
| Defendants. | ) |

**O R D E R**

On September 10, 2019, the magistrate judge issued a Report and Recommendation (Docket No. 29), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE under Federal Rules of Civil Procedure 4(m).

This Order constitutes the judgment in this case.

It is so **ORDERED.**

_____
ALETA A. TRAUGER
U.S. District Judge